IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:25-CR-____ |
| | : | |
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(a)(8) |
| | : | 18 U.S.C. § 922(j) |
| DARIUS JARON BLOW, | : | 18 U.S.C. § 924(a)(2) |
| | : | 21 U.S.C. § 844 |
| Defendant. | : | |
| | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
**(Possession of a Firearm by a Convicted Felon)**

On or about August 24, 2023, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DARIUS JARON BLOW,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Romarm/Cugir, Micro Draco, 7.62x39 mm caliber pistol, Serial Number PMD-19353-20 ROA; one (1) Glock, Model 23, .40 caliber pistol, Serial Number CRF843US; one (1) Glock, Model 45, 9x19 mm pistol, Serial Number BYCN133; and one (1) Palmetto State Armory, 5.7 Rock, 5.7x28 mm caliber pistol, Serial Number RK012573, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
**(Possession of a Stolen Firearm)**

On or about August 24, 2023, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DARIUS JARON BLOW,**

knowingly possessed a stolen firearm, that is one (1) Glock, Model 23, .40 caliber pistol, Serial Number CRF843US; one (1) Glock, Model 45, 9x19 mm pistol, Serial Number BYCN133, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen; all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**COUNT THREE**
**(Possession of a Firearm by a Convicted Felon)**

On or about February 20, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DARIUS JARON BLOW,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Glock, 32 Gen 3, 9 mm caliber pistol, Serial Number BUGG940, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT FOUR**
**(Possession of Methamphetamine)**

On or about February 20, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DARIUS JARON BLOW,**

knowingly and intentionally possessed methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

*(signature)*
HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 18 day of November, AD 2025.

*(signature)*
Deputy Clerk